# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Skye Mineral Partners, LLC | : | |
| Debtor. | : | |
| _____ | : | |
| PACNET CAPITAL (U.S.) LIMITED, | : | |
| Appellant, | : | |
| v,. | : | C. A. No. 18-2008-CFC |
| SKY MINERAL PARTNERS, LLC, SKY MINERAL INVESTORS, LLC, and CLARITY COPPER, LLC, | : | Bankruptcy Case No. 18-11430-LSS BAP No. 18-63 |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **14th** day of **January, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

In their joint letter, the parties proposed the following briefing schedule for this appeal:

| | |
|---|---|
| Appellants' Opening Brief | February 26, 2019 |
| Appellee's Responsive Brief | April 12, 2019 |
| Appellants' Reply Brief | April 29, 2019 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties' request, no objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1 are anticipated.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge