# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SKYE MINERAL PARTNERS LLC,<br><br>Debtors. | ) Chapter 11<br>) Bk. No. 18-11430(LSS)<br>) BAP No. 18-63<br>)<br>)<br>) |
| PACNET CAPITAL (U.S.) LIMITED,<br><br>Appellant,<br><br>v.<br><br>SKYE MINERAL PARTNERS LLC,<br>SKYE MINERAL INVESTORS, LLC,<br>and CLARITY COPPER, LLC,<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 18-2008-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 15th day of January, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **February 26, 2019.**

2. Appellees' brief in opposition to the appeal is due on or before **April 12, 2019.**

3. Appellant's reply brief is due on or before **April 29, 2019.**

_____
United States District Judge